```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 36048
   SUSAN S ONEIL
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-9851
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/29/04 and confirmed on 12/10/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  33420.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 2682.92 | .00 | 2682.92 |
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 17130.42 | .00 | 17130.42 |
| AMERICAN EXPRESS CENTURI | UNSECURED | NOT FILED | .00 | .00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2387.74 | .00 | 1098.72 |
| ECAST SETTLEMENT CORP | UNSECURED | 1020.56 | .00 | 469.61 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER AND WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| BP AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3618.50 | .00 | 1665.05 |
| CITY OF NAPERVILLE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| IPC OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERRICK BANK | UNSECURED | 7655.78 | .00 | 3522.80 |
| NORDSTROM FSB | UNSECURED | 1828.77 | .00 | 841.51 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 1342.11 | .00 | 617.57 |

```
SUBURBAN GASTROENTEROLOG UNSECURED           NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED            4779.69               .00        2199.37
       Summary of disbursements:
------------------------------------------------------------------------------
               SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   19813.34        .00    22633.15        .00      42446.49
PRINCIPAL PAID       19813.34        .00    10414.63        .00      30227.97
INTEREST PAID             .00        .00        .00         .00           .00
TOTAL PAID           19813.34        .00    10414.63        .00      30227.97
```

The Debtor's attorney, BRADLEY COVEY                , was allowed $   2200.00
and was paid $    606.00  direct and $   1594.00  through the plan.

The Trustee received $   1598.03 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE